1  QUIN DENVIR, Bar #049374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226

5  Telephone: 559/487-5561

FILED

MAR 10 2006

LERK, U.S. D...
.TERN DISTRICT C...
                DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

UNITED STATES OF AMERICA,  )  1:06 CR-00053-LJO
                           )
         Petitioner,       )  **APPLICATION AND ORDER**
                           )  **APPOINTING COUNSEL**
   v.                      )
                           )
MARIA E. PEREZ,            )
                           )
         Respondent.       )
_____)

The defendant, Maria E. Perez, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender as counsel.

The defendant submits the attached financial affidavit as evidence of her inability to obtain counsel. Also included is a copy of a letter provided by the U.S. Attorney's Office indicating that Ms. Perez is under investigation for allegedly engaging in, among other offenses, Unauthorized Access to a Computer and Unauthorized Disclosure of Information, in violation of 18 U.S.C. § 1030 and 26 U.S.C. § 7213, respectively.

Dated: November 23, 2005

MARC C. AMENT
Assistant Federal Defender
Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

Dated: November 28, 2005

DENNIS L. BECK
Chief United States Magistrate Judge